JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAFAEL EMILIO SANCHEZ,

Petitioner,

v.

WARDEN-FACILITY ADMINISTRATOR, etc., et al.,

Respondents.

No. 5:26-cv-01408-FMO (ACCV)

**JUDGMENT**

Honorable Fernando M. Olguin
United States District Judge

Honorable Angela C. C. Viramontes
United States Magistrate Judge

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the Court's Order granting Petitioner's Motion for a Preliminary Injunction (Dkt. 15).

Dated:  April 27, 2026

_____
/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1